**Arthur WILLIAMS, Mr., Plaintiff— Appellant,**

v.

**ULEP, Doctor; Rogers P. W., Mr., Regional Director; Everett, Mr., Warden, Defendants—Appellees.**

No. 08–6494.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 2, 2008.

Arthur Williams, Appellant Pro Se. Edward Joseph McNelis, III, Elizabeth Martin Muldowney, Rawls & Mcnelis, PC, Richmond, Virginia; Mark R. Davis, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Arthur Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Ulep,* No. 3:06–cv–00730–JRS (E.D.Va. Mar. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*